BEFORE THE THIRD DIVISION, JUNE 19, 1946

**No. 51197.**—Protests 114455–K, etc., of W. F. Mackay (Pembina).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.